UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOM GARDNER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>　　　Defendant. | NO. CV-11-3050-RHW<br><br>**ORDER TO SHOW CAUSE** |

A telephonic scheduling conference was held on September 12, 2011, in Spokane, Washington. Stephen Skinner, Defendant's counsel appeared by phone; Plaintiff's counsel failed to appear by phone or in person.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1. Within ten (10) days from the date of this Order, Plaintiff is **ordered** to show cause why the above-captioned action should not be dismissed for failure to prosecute.

　　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

　　　**DATED** this 13th day of September, 2011.

　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　United States District Court

Q:\aCIVIL\2011\Gardner\showcause.wpd

**ORDER TO SHOW CAUSE** ~ 1