# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOM GARDNER,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>    Defendant. | NO. CV-11-3050-RHW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice Pursuant to Settlement (ECF No. 14). The motion was heard without oral argument.

The parties stipulate that the above-captioned case be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Dismiss with Prejudice Pursuant to Settlement (ECF No. 14) is **GRANTED**.

///
///
///
///
///
///
///

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT ~ 1**

1  2.  The claims asserted against Defendant in the above-captioned case are **DISMISSED, with prejudice**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file**.

**DATED** this 8th day of February, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\aCIVIL\2011\Gardner\dismiss.wpd

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT ~ 2**